# Third District Court of Appeal

## State of Florida

Opinion filed February 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1137
Lower Tribunal Nos. 07-23026A & 07-23332

_____

**Terrelance McCray,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Terrelance McCray, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and FERNANDEZ, and MILLER, JJ.

PER CURIAM.

Affirmed.